UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Deborah Whouley,
    Plaintiff

v.                           C.A. No. 08-411S

Shoreham, Inc. et al.,
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on February 27, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report and Recommendation, Defendant Shoreham's Motion to Dismiss Count IV of Plaintiff's Complaint is DENIED without prejudice to Shoreham raising this issue at a later stage, if appropriate, on the basis of a more fully developed record.

By Order,

_/s/ Wendy Deile_
Deputy Clerk

ENTER:

_/s/ William E. Smith_
William E. Smith
United States District Judge

Date: 3/20/09